THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD FRY, Respondent, against WILLIAM HUNT, as Warden of Attica State Prison, Appellant.

Submitted October 5, 1942; decided October 15, 1942.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* of counsel), for motion.

No one opposed.

Motion granted.

In the Matter of MARY E. McMENAMY, Appellant, against ARTHUR N. AITKEN, Individually and as Superintendent of Niagara Sanatorium, Respondent.

Reported below, 263 App. Div. 926.

Submitted October 5, 1942; decided October 15, 1942.

*Robert L. Rice, Jr,* for motion.

No one opposed.

Motion granted and appeal dismissed unless appellant files return within ten days, in which event the motion is denied.